UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

                 Plaintiff,                     Case No. 1:05:CR:78

v.

                                         HON. GORDON J. QUIST

JAIME JOSEPH GENIA,

                 Defendant.

_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge filed July 7, 2005, is approved and adopted as the Opinion and Findings of this Court.

2.      Defendant Jaime Joseph Genia's plea of guilty to Count Three of the Indictment is accepted. Defendant Jaime Joseph Genia is adjudicated guilty.

3.      Defendant Jaime Joseph Genia shall be detained pending sentencing.

4.      A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: July 22, 2005                          _____/s/ Gordon J. Quist_____
                                              GORDON J. QUIST
                                              UNITED STATES DISTRICT JUDGE